UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CUDDY LAW FIRM, P.L.L.C.,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | 24-CV-09496 (JMF) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In this action, Plaintiff seeks attorney's fees in connection with claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 et seq.

IT IS HEREBY ORDERED that, within **30 days** of the service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether there is any need for discovery and whether any anticipated motions would raise issues similar to those in an appeal captioned *Y.G. v. New York City Department of Education*, No. 22-1184, pending before the Second Circuit.

IT IS FURTHER ORDERED that, within **45 days** of service of the summons and complaint, the parties must submit a joint letter informing the Court whether the parties have settled and if not, whether there is any need for discovery. If the parties do not reach a settlement, the parties shall, in their joint letter, request that the Court either (1) refer this action for mediation; (2) schedule a settlement conference or (3) proceed with an initial case management conference. If there is no need for discovery, the parties shall include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

DATED:  December 19, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge