UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CUDDY LAW FIRM, P.L.L.C.,

          Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

          Defendant.

24-CV-9496 (MMG) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On October 9, 2025, Plaintiff filed a letter on the docket requesting: (1) that the Court lift the stay in this action, and (2) provide notice to non-party Adrienne Arkontaky for an opportunity to intervene in this action. (*See* ECF 15, Letter.)

    It is ORDERED that Plaintiff shall serve a copy of the letter filed at ECF 15 and a copy of this order on Adrienne Arkontaky by **October 15, 2025**. Plaintiff shall file proof of such service on the docket by **October 15, 2025**. Both Defendant and Arkontaky may each file a letter on the docket stating their positions on Plaintiff's requests by **October 17, 2025**.

DATED:    October 10, 2025
               New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge